**Order entered August 1, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00167-CV

## IN THE INTEREST OF J.M.H., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-00407-W**

## ORDER

By this order, we remove this case from submission on August 11, 2022 and

set the case for submission today, August 1, 2022. *See* TEX. R. APP. P. 2.


/s/    KEN MOLBERG
         JUSTICE